IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    v.                                                                            11-CR-249

GUY MASOCCO,
               Defendant.

---



**INFORMATION**
(Title 29, U.S.C. § 501(C))

**COUNT I**

**The United States Attorney Charges:**

Between in or about December 2004 and continuing to on or about November 2009, in the Western District of New York, the defendant, GUY MASOCCO, while the president of Steelworkers, Local Union 897, a labor union, engaged in an industry affecting commerce, did willfully with fraudulent intent convert to his own personal use monies of Steelworkers, Local Union 897.

**All in violation of Title 29, United States Code, Sections 501(c).**

    DATED:   Buffalo, New York, August 29, 2011.

                        WILLIAM J. HOCHUL, JR.
                        United States Attorney

            BY: _/s/ Michael DiGiacomo_
                        MICHAEL DIGIACOMO
                        Assistant U.S. Attorney
                        United States Attorney's Office
                        Western District of New York
                        138 Delaware Avenue
                        Buffalo, New York 14202
                        (716) 843-5700, ext. 885
                        michael.digiacomo@usdoj.gov